IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Dallas DIVISION

(Name All Plaintiffs and Defendants)

Prosperity Bank

vs.

Kenneth C. Sparks, III a/k/a Kenneth C. Sparks

CIVIL NUMBER 3:24-cv-1086-L

Complete the following if judgment was rendered in another District:

District: ____________________
Docket Number: ____________________
Date Entered: ____________________

## ABSTRACT OF JUDGMENT

In the above entitled and numbered cause a judgment was entered in this Court, or other United States District Court as indicated above and registered herein, on the 11th day of June, 2025, in favor of Prosperity Bank against Kenneth C. Sparks, III a/k/a Kenneth C. Sparks

in the sum of $ 207,145.97 with interest at the rate of 4.14 per cent per annum from the 9th day of September, 2024.

Costs have been taxed by the Clerk of Court in the sum of $ 609.50.

Credits reflected by returns on execution in the sum of $ 0.00.

The address of the defendant shown in this suit in which said judgment was rendered: 27435 MO-15 Spur, Paris, Missouri 65275 or nature of citation and date and place citation served:

____________________.

I certify that the above and foregoing is a true and correct abstract of judgment rendered or registered in this Court.

Witness my hand and seal of the Court this _____ day of ______________, 20____.

KAREN MITCHELL, CLERK

By ________________________
Deputy Clerk